1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

SACRAMENTO DIVISION

11

PHILIP MORRIS USA INC.,

12

Plaintiff,

13

v.

14

GREER, *et al.*,

15

Defendants.

NO.:  CIV.S.03-0409 WBS
(terminated September 27, 2004)

**[PROPOSED] ORDER
ANNULLING BOND AND
EXONERATING SURETY**

The Honorable William B. Shubb

16    Plaintiff Philip Morris USA Inc. requests that the Court annul the bond filed in this

17  action with regard to the Court's issuance of  a Temporary Restraining Order and Order to

18  Show Cause re Preliminary Injunction on May 14, 2003 and exonerate the surety with

19  regard to such bond.  The case was terminated on September 27, 2004 and the original

20  purpose  for which security was filed has been resolved without any liability having been

21  incurred.  Good cause having been shown,

22    **IT IS HEREBY ORDERED THAT**, the Court exonerates the surety bond in the

23  amount of $36,000, originally posted with the Court by Plaintiff Philip Morris USA Inc. on

24  May 19, 2003.  The bond is annulled and the surety with regard thereto is exonerated.  No

25  notification to terminated parties is required.

26

27  DATED:  May 2, 2005

28

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE